UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA          :

          -against-          :          26-CR-00184 (VEC)

RAFAEL EMILIO SOTO MAY,     :          SCHEDULING ORDER

                    Defendant.   :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties appear for an initial status conference on

**Tuesday, May 19, 2026, at 10:30 A.M.**  The conference will take place in Courtroom **20C** of

the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007.

      SO ORDERED.

Date:  May 15, 2026
       New York, NY               VALERIE CAPRONI
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/15/2026