# Federal Defenders
## OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:___5/18/2026___

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 18, 2026

**MEMO ENDORSED**

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    *United States v. Rafael Soto May*, 26 Cr. 184 (VEC)

Honorable Judge Caproni:

The parties jointly write to respectfully request that the status conference currently scheduled for May 19, 2026, be adjourned to Tuesday, May 26, 2026 and converted to a change of plea hearing. The requested adjournment is necessary because Government counsel is currently in trial, and defense counsel is the Federal Defender on duty on May 19.

The Government requests that the time between the current status conference date and the adjourned date be excluded from the computation of time under the Speedy Trial Act. The defense does not oppose this request.

Thank you for considering this request.

Respectfully submitted,

/s/
Zawadi S. Baharanyi, Esq.
(917) 612-2753

cc:    AUSA  Remy Grosbard, Esq.

Application GRANTED.  The status conference scheduled for Tuesday, May 19, 2026, is hereby ADJOURNED to **Tuesday, May 26, 2026, at 10:30 A.M.**, and converted to a change of plea hearing.  The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Time is excluded for the period from Monday, May 18, 2026, to Tuesday, May 26, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the Government and Defendant to continue working on an alternative disposition for this case, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED.

5/18/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE