USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/26/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                    :

   UNITED STATES OF AMERICA         :

                                     :

            -against-            :        26-CR-00184 (VEC)

                                     :

   RAFAEL EMILIO SOTO MAY,      :        SCHEDULING ORDER

                                     :

                    Defendant.    :

                                   :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for Defendant's sentencing on

**Tuesday, September 22, 2026, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The

parties' pre-sentence submissions are due not later than **Tuesday, September 8, 2026**.

       SO ORDERED.

Date:  May 26, 2026
      New York, NY                      VALERIE CAPRONI
                                   United States District Judge