USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 7/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

RAFAEL EMILIO SOTO MAY,

Defendant.

---------------------------------------------------------------X

26-CR-00184 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that, due to a conflict in the Court's schedule, Defendant's sentencing is ADJOURNED from Tuesday, September 22, 2026, at 10:30 A.M., to **Tuesday, September 22, 2026, at 2:30 P.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties' pre-sentence submissions remain due not later than **Tuesday, September 8, 2026**.

SO ORDERED.

Date: July 16, 2026
New York, NY

VALERIE CAPRONI
United States District Judge